HOLTZMAN, WISE AND SHEPARD *v.* ROOSEVELT
ACQUISITION COMPANY, INC.
(8019)

BORDEN, SPALLONE and O'CONNELL, Js.

Argued December 20—decision released December 28, 1989

*Timothy J. Johnston,* with whom, on the brief, was *Patricia A. Thompson,* for the appellant (defendant).

*Ben A. Solnit,* for the appellee (plaintiff).

PER CURIAM. There is no error.